**Fill in this information to identify your case:**

Debtor 1: Laura A Logsdon-Pawlowski
        First Name    Middle Name    Last Name

Debtor 2:
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number: 19-33773
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Laura A Logsdon-Pawlowski          X _____
Laura A Logsdon-Pawlowski                  Signature of Debtor 2
Signature of Debtor 1

Date 12/11/19                              Date _____

Fill in this information to identify your case:

Debtor 1  **Laura A Logsdon-Pawlowski**
_____First Name_____Middle Name_____Last Name_____

Debtor 2
(Spouse if, filing)  _____First Name_____Middle Name_____Last Name_____

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number  **19-33773**
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Laura A Logsdon-Pawlowski                    _____
**Laura A Logsdon-Pawlowski**                    Signature of Debtor 2
Signature of Debtor 1

Date  12/11/19                                   Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Laura | A | Logsdon-Pawlowski |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number  19-33773
(if known)

☐ Check if this is an
amended filing

Official Form 108
**Statement of Intention for Individuals Filing Under Chapter 7**                     12/15

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Laura A Logsdon-Pawlowski                          X _____
Laura A Logsdon-Pawlowski                                    Signature of Debtor 2
Signature of Debtor 1

Date  12/11/19                                                        Date _____

| Fill in this information to identify your case. | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1  Laura A Logsdon-Pawlowski | |
| Debtor 2 (Spouse, if filing) | ■ 1. There is no presumption of abuse |
| United States Bankruptcy Court for the: Northern District of Illinois | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| Case number  19-33773 (if known) | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income         12/19

**Part 3:  Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X *[signature]*

Laura A Logsdon-Pawlowski
Signature of Debtor 1

Date 12/11/19
     MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Laura A Logsdon-Pawlowski**               Case No.   **19-33773**
                        Debtor(s)                    Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **20**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 12/11/19

Laura A Logsdon-Pawlowski
Signature of Debtor